**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

CHRISTINE V. SALES,

Respondent

v.

STEPHEN R. SALES, SR.,

Petitioner

: No. 565 WAL 2014
:
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of March, 2015, the Petition for Allowance of Appeal is **DENIED**.